.71038

KEVIN H. THERIOT— Missouri Bar No. 55733
ALLIANCE DEFENSE FUND
15660 W. 135th St.
Olathe  KS  66062
913.829.7755
913.829.7780

Attorneys for Plaintiff
Stephen J. Williams

MARK E. DAVIS—BAR NO. 79936
NEEDHAM, DAVIS, KIRWAN & YOUNG, LLP
1960 The Alameda, Suite 210
San Jose, CA  95126
Phone:  408.244.2166
Fax:      408.244.7815

Attorneys for Defendants
PATRICIA VIDMAR, WILLIAM BRAGG,
PEARL CHENG, BEN LIAO,
JOSEPHINE LUCEY, GARY MCCUE
and GEORGE TYSON

**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. WILLIAMS,<br><br>    Plaintiff,<br><br>  vs.<br><br>PATRICIA VIDMAR, Principal of Stevens Creek School, WILLIAM BRAGG, Superintendent of Cupertino Union School District, PEARL CHENG, BEN LIAO, JOSEPHINE LUCEY, GARY MCCUE, GEORGE TYSON, Board members of Cupertino Union School District, in their official capacities only,<br><br>    Defendants. | No. 5:04-CV-4946 JW PVT<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br>[Fed. Rules Civ. Proc., rule 41(a)(1)] |

///

.71038

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) all causes of action asserted on behalf of plaintiff Stephen J. Williams as set forth in the complaint on file herein, shall be and are hereby dismissed with prejudice and that each party shall bear its own costs and attorney's fees herein.

DATED:                                          ALLIANCE DEFENSE FUND


By _____
  KEVIN H. THERIOT,
  Attorneys for Plaintiff
  Stephen J. Williams


DATED:

NEEDHAM, DAVIS, KIRWAN & YOUNG LLP.


By _____
  Mark E. Davis
  Attorneys for Defendants
  Patricia Vidmar, William Bragg, Pearl
  Cheng, Ben Liao, Josephine Lucey,
  Gary McCue and George Tyson


## ORDER

Having reviewed the above stipulation:

IT IS HEREBY ORDERED that the within action be dismissed with prejudice, each party to bear its own costs and attorney's fees.


DATED:  8/11/05 _____


          /s/ James Ware
          _____
          THE HONORABLE
          JUDGE OF THE UNITED STATES
          DISTRICT COURT

Stip. & Order For Dismissal With Prejudice
{H:\WDOCS\2543\71038\pleading\00066015.DOC}

.71038

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip. & Order For Dismissal With Prejudice
{H:\WDOCS\2543\71038\pleading\00066015.DOC}